# No. 228

## IN THE MATTER OF JACOB SMITH

*October 17, 1809*

*Held:*

The bill extending the jurisdiction of magistrates to fifty dollars, without a jury, being signed by the governor alone, under a power to sign where less than a majority of the governor and judges are willing to sanction it, is not a law obligatory upon the inhabitants of this Territory.